**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Julio Rosado, | : | Chapter 13 |
| Debtor | : | Case No.: 18-17568-amc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed September 22, 2019 was forwarded to the following parties, as follows:

*Via Electronic Filing (ECF) on September 22, 2019:*

Leon P. Haller, Esquire on behalf of U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency)
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

Rebecca Ann Solarz, Esquire on behalf of U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency)
bkgroup@kmllawgroup.com

Gregory W. Philips, Esquire on behalf of North Coventry Municipal Authority
gwphilips@ydasp.com, philipslaw@comcast.net

Jack K. Miller, Esquire on behalf of Trustee William C. Miller, Esquire
philaecf@gmail.com, ecfemails@ph13trustee.com

William C. Miller, Esquire, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
jquinn@rqplaw.com

Date: September 22, 2019     Counsel for Debtor

1