THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Julio Rosado, | : | Chapter 13 |
| Debtor | : | No. : 18-17568-mdc |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1.   That I am the attorney for Julio Rosado, Debtor in the above-captioned matter.

2.   That a motion to modify the plan was filed with the Court on September 2, 2020.

3.   That a copy of the Motion, along with a Notice of Motion were served on parties in interest on September 2, 2020.

4.   That a certificate of service was filed with the court on September 2, 2020 declaring timely service to the above-referenced parties.

5.   A response to the Motion was due on or before September 22, 2020.

6.   No response to said Motion has been received as of September 30, 2020.


ROSS, QUINN & PLOPPERT, P.C.

BY:    */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
JQuinn@rqplaw.com

Date: September 30, 2020