# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: Julio Rosado, | | Chapter 13 |
|---|---|---|
| Debtor(s) | | BK No. 18-17568-mdc |

## ORDER

**AND NOW,** upon consideration of the Supplemental Application for Compensation ("the Application" filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Application in the amount of **$895.00**.

BY THE COURT:

December 28, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE