*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Julio Rosado
    Debtor(s)

Case No: 18−17568−mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*rescheduled \*\*
Motion for Relief from Stay Filed by North Coventry Municipal Authority Represented by GREGORY W. PHILIPS

on: 4/20/21

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/18/21

Timothy B. McGrath
Clerk of Court