# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 18-17568-MDC

JULIO ROSADO

922 SOUTH HANOVER STREET

POTTSTOWN, PA 19465

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JULIO ROSADO

    922 SOUTH HANOVER STREET

    POTTSTOWN, PA 19465

Counsel for debtor(s), by electronic notice only.

    ROSS, QUINN & PLOPPERT, P.C.
    192 S. HANOVER STREET, SUITE 101

    POTTSTOWN, PA 19464-

Date: 4/5/2022                         /S/ Kenneth E. West
                                                      Kenneth E. West, Esquire
                                                      Chapter 13 Standing Trustee