THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Julio Rosado, | : | Chapter 13 |
| Debtor | : | No. : 18-17568-mdc |

## **CERTIFICATE OF SERVICE**

    I, Joseph Quinn, Esquire, Counsel for Debtor, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on May 4, 2022, have been served upon the following by the means stated:

*Via Electronic Filing (ECF) on May 4, 2022:*

Leon P. Haller on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency)
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

Jack K. Miller on behalf of Trustee Kenneth E. West, Esq.
philaecf@gmail.com, ecfemails@ph13trustee.com

Gregory W. Philips on behalf of Creditor North Coventry Municipal Authority
gwphilips@ydasp.com, philipslaw@comcast.net

Rebecca Ann Solarz on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency)
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

*Via First Class United States Mail on May 4, 2022:*

All other creditors on the mailing matrix not noticed by way of ECF.

**ROSS, QUINN & PLOPPERT, P.C.**

By: <u>/s/ Joseph Quinn</u>
    Joseph Quinn, Esquire
    Attorney I.D. 307467
    Ross, Quinn & Ploppert, P.C.
    192 S. Hanover Street, Suite 101
    Pottstown, PA  19464
    Ph: (610) 323-5300
    F:   (610) 323-6081

Dated: <u>May 4, 2022</u>