**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Julio Rosado, | &#124; | Chapter 13 |
| Debtor(s) | &#124; | BK No. 18-17568-mdc |

**CERTIFICATE OF NO RESPONSE**

The undersigned does hereby certify:

1. That I am the attorney for Julio Rosado, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on May 13, 2022 along with the Notice of Application and Certificate of Service were timely served on parties in interest on May 13, 2022.

3. A response deadline to the application was due on or before June 3, 2022.

4. As of June 8, 2022, no response to said Application has been received.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*_____
Joseph L. Quinn, Esquire
Attorney for Debtor
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: June 8, 2022