**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Julio Rosado, | : | Chapter 13 |
| Debtor | : | Case No.:  18-17568-mdc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor, hereby certify that a true and correct copy of Debtor's Response to Movant's Motion for Relief from the Automatic Stay was forwarded to the following parties on July 18, 2022:

***via Electronic Filing (ECF):***

Leon P. Haller on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Financia Agency)
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

Jack K. Miller on behalf of Trustee William C. Miller, Esq.
philaecf@gmail.com, ecfemails@ph13trustee.com

Gregory W. Philips on behalf of Creditor North Coventry Municipal Authority
gwphilips@ydasp.com, philipslaw@comcast.net

Rebecca Ann Solarz on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Financia Agency)
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com


                                          ROSS, QUINN & PLOPPERT, P.C.

                                 By:     */s/ Joseph Quinn*
                                         Joseph Quinn, Esquire
                                           Attorney I.D. No. 307467
                                           192 S. Hanover Street, Suite 101
                                           Pottstown, PA 19464
                                           JQuinn@rqplaw.com
                                           Counsel for Debtor

Date:  July 18, 2022