*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Julio Rosado
    Debtor(s)

Case No: 18−17568−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*rescheduled \*\*
MOTION TO DISMISS CASE FOR FAILURE TO MAKE PLAN PAYMENTS FILED BY KENNETH E. WEST REPRESENTED BY KENNETH E. WEST .

on: 10/27/22

at: 09:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/7/22

Timothy B. McGrath
Clerk of Court

119 − 116
Form 167