## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Julio Rosado <br>                               Debtor(s) <br><br> U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), its successors and/or assigns <br>                               Movant <br>        vs. <br><br> Julio Rosado <br>                               Debtor(s) <br> Tammy L. Rosado <br>                               Co-Debtor <br> Kenneth E. West Esq. <br>                               Trustee | CHAPTER 13 <br><br><br> NO. 18-17568 MDC <br><br><br> 11 U.S.C. Section 362 and 1301 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), which was filed with the Court on or about June 29, 2022, document number 107.

                                              Respectfully submitted,


                                              /s/ Denise Carlon, Esq.
                                              _____
                                              Denise Carlon, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              Phone: (215)-627-1322

Dated: 10/18/2022