**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 18-17568-MDC

JULIO ROSADO

922 SOUTH HANOVER STREET

POTTSTOWN, PA 19465

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JULIO ROSADO

922 SOUTH HANOVER STREET

POTTSTOWN, PA 19465

Counsel for debtor(s), by electronic notice only.

ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET, SUITE 101

POTTSTOWN, PA 19464-

                                        /S/ Kenneth E. West

Date: 3/7/2023                     _____

                                        Kenneth E. West, Esquire
                                        Chapter 13 Standing Trustee