THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Julio Rosado : Chapter 13
            Debtor : Bankruptcy No.: 18-17568-mdc
_____ :

CERTIFICATE OF SERVICE

    I, Joseph Quinn, Esquire, attorney for Debtor-Movant Julio Rosado, hereby certify that a true and correct copy of Debtor's Motion to Modify the Chapter 13 Plan was forwarded to the following parties, as follows:

*Via Electronic Filing (ECF) on June 24, 2023:*

Denise Elizabeth Carlon on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency)
bkgroup@kmllawgroup.com

Leon P. Haller on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency)
lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

Jack K. Miller on behalf of Trustee Kenneth E. West, Esq.
philaecf@gmail.com, ecfemails@ph13trustee.com

Brian Craig Nicholas on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency)
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Gregory W. Philips on behalf of Creditor North Coventry Municipal Authority
gwphilips@ydasp.com, philipslaw@comcast.net

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

*Via First Class US Mail on June 24, 2023:*

All creditors not otherwise notified by ECF on the mailing matrix.

**ROSS, QUINN & PLOPPERT, P.C.**

By:     */s/ Joseph Quinn*
        Joseph Quinn, Esquire
        192 S. Hanover Street, Suite 101
        Pottstown, PA 19464
        T: 610.323.5300
        F: 610.323.6081
        JQuinn@rqplaw.com
        Counsel for Debtor

Date: June 24, 2023