THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Julio Rosado,  :  Chapter 13
          Debtor  :  No. : 18-17568-mdc

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Julio Rosado, Debtor in the above-captioned matter.

2. That a motion to modify the plan was filed with the Court on June 24, 2023.

3. That a copy of the Motion, along with the proposed modified plan and Notice of Motion were served on parties in interest on June 24, 2023.

4. That a certificate of service was filed with the court on June 24, 2023 declaring timely service to the above-referenced parties.

5. A response to the Motion was due on or before July 17, 2023.

6. No response to said Motion has been received as of July 18, 2023.

ROSS, QUINN & PLOPPERT, P.C.

BY: */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
JQuinn@rqplaw.com

Date:  July 18, 2023