THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Julio Rosado,  :  Chapter 13
            Debtor  :  No. : 18-17568-mdc

## **ORDER**

AND NOW, upon consideration of the Debtor's Motion to Modify the Chapter 13 Plan

(Post-Confirmation), and after notice and an opportunity for hearing, if any, it is hereby

ORDERED that the Debtor's Motion is GRANTED; and,

IT IS FURTHER ORDERED that the Modified Chapter 13 Plan dated June 24, 2023 is

hereby APPROVED.

BY THE COURT:

Date: 07/20/2023

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE