**UNITED STATES BANKRUPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Julio Rosado, | \| | **Chapter 13** |
| Debtor(s) | \| | **BK No. 18-17568-mdc** |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Julio Rosado, Debtor in the above-captioned matter.

2. That a copy of the Motion to Approve a settlement between Debtor, Scott Payne Custom Pools, LLC and AmTrust Insurance Company was served upon parties in interest on June 24, 2023.

3. That a Notice of Motion, along with a Certificate of Service, was filed with this Court on June 24, 2023 declaring service to the parties in interest.

4. A response to the Motion was due on or before July 17, 2023.

5. No response to said Motion has been received as of July 28, 2023.

 

ROSS, QUINN & PLOPPERT, P.C.

BY:  */s/ Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA  19464
T: (610) 323 - 5300
F: (610) 323 - 6081
Date:  July 28, 2023          JQuinn@rqplaw.com