THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Julio Rosado | : | Chapter 13 |
| Debtor | : | Bankruptcy No.: 18-17568-mdc |
| | : | |

## ORDER

AND NOW, upon the motion of Debtor Julio Rosado to approve the settlement of worker's compensation claim by and between Debtor Julio Rosado, Scott Payne Custom Pools, LLC and AmTrust Insurance Company,

IT IS HEREBY ORDERED that the settlement of the claim for $93,529.80 is hereby APPROVED; and

IT IS FURTHER ORDERED that distribution of settlement funds shall be as follows: $18,705.96 attorney fee to Michael Lehman, Esquire and $74,823.84.00 to Julio Rosado.

BY THE COURT:

Date: 8/1/2023

_____
HON. MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE