# UNITED STATES BANKRUPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:  Julio Rosado, | Chapter 13 |
|---|---|
| Debtor(s) | BK No. 18-17568-mdc |

## ORDER

Upon consideration of the Supplemental Application for Compensation ("the Application") filed by Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Application in the amount of **$1,235.00**.

BY THE COURT:

August 30, 2023
Date

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE