Certificate Number: 05781-PAE-DE-037760814

Bankruptcy Case Number: 18-17568



05781-PAE-DE-037760814

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 13, 2023, at 10:40 o'clock AM PDT, Julio Rosado completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    September 13, 2023           By:    /s/Allison M Geving

Name:  Allison M Geving

Title:   President