United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                          Case No. 18-17568-mdc

Julio Rosado                                                                                                            Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                      User: admin                                          Page 1 of 3

Date Rcvd: Oct 24, 2023                               Form ID: 138OBJ                             Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julio Rosado, 922 South Hanover Street, Pottstown, PA 19465-7524 |
| 14230305 | + | Carrie Brown, Esquire, Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14230308 | + | Edwin A Abrahamsen & Assoc, 120 N Keyser Avenue, Scranton, PA 18504-9701 |
| 14235938 | | North Coventry Municipal Authority, c/o Gregory W. Philips, Esq., 1129 High Street, PO Box 776, Pottstown PA 19464-0776 |
| 14230314 | + | North Coventry Municipal Authority, c/o Gregory W. Philips, Esquire, P.O. Box 776, Pottstown, PA 19464-0776 |
| 14230313 | + | North Coventry Municipal Authority, 1485 East Schuylkill Road, P.O. Box 833, Pottstown, PA 19464-0833 |
| 14392951 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14230317 | + | Tammy L. Rosado, 922 S. Hanover Street, Pottstown, PA 19465-7524 |
| 14280847 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14263941 | + | U.S. Bank National Association, c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 25 2023 02:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 25 2023 02:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14230304 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2023 02:26:52 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14251037 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 25 2023 02:13:26 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14230303 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2023 02:13:26 | Cap1/boscv, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14260292 | | Email/PDF: bncnotices@becket-lee.com | Oct 25 2023 02:27:12 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14235961 | | Email/Text: mrdiscen@discover.com | Oct 25 2023 02:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14230307 | + | Email/Text: mrdiscen@discover.com | Oct 25 2023 02:15:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14230309 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 25 2023 02:26:06 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14230306 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 25 2023 02:13:27 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14230310 | ^ | MEBN | Oct 25 2023 02:06:45 | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, |

| | | | | |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19106-1541 |
| 14251041 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2023 02:13:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14230311 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 25 2023 02:13:09 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14230312 | + | Email/Text: notices@burt-law.com | Oct 25 2023 02:15:00 | Midland Funding, C/O Burton Neil & Associates, PC, 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 14259579 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 25 2023 02:15:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14261994 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2023 02:13:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14231105 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 25 2023 02:27:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14230315 | + | Email/Text: blegal@phfa.org | Oct 25 2023 02:15:00 | Pennsylvania Housing Finance Agency, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14230316 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2023 02:13:37 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14243739 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 25 2023 02:15:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14230318 | | Email/Text: BKRMailOps@weltman.com | Oct 25 2023 02:15:00 | Weltman, Weinberg & Reis, 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 24, 2023 | Form ID: 138OBJ | Total Noticed: 31

| | |
|---|---|
| | FINANCE AGENCY) bkgroup@kmllawgroup.com |
| GREGORY W. PHILIPS | |
| | on behalf of Creditor North Coventry Municipal Authority gwphilips@ydasp.com philipslaw@comcast.net |
| JACK K. MILLER | |
| | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JOSEPH L QUINN | |
| | on behalf of Debtor Julio Rosado CourtNotices@rqplaw.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | |
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Julio Rosado
        Debtor(s)

Case No: 18−17568−mdc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/24/23

159 − 152
Form 138OBJ